UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXIS LIFSEY AND<br>RICHARD LIFSEY | CIVIL ACTION |
| VERSUS | NO. 16-14988 |
| UNITED STATES OF AMERICA | SECTION "N" |

### ORDER AND REASONS

Presently before the Court is Defendant's motion seeking to exclude expert testimony from Jason Box.. Having carefully reviewed the parties' submissions, applicable law, and the record in this matter, **IT IS ORDERED** that Defendant's motion (Rec. Doc. 23) is **GRANTED IN PART** and **DENIED IN PART**. Specifically, assuming an adequate foundation for such testimony is established, Mr. Box may testify regarding Plaintiff's ability to play tennis successfully at Millsaps College and other comparable Division III colleges. The same is true regarding any accompanying scholarship or other benefits for which she would have received or been eligible.

On the instant showing made, however, it is not apparent to the Court that Mr. Box is qualified to offer comparable testimony relative to colleges in other divisions. Accordingly, unless otherwise ordered, such testimony will not be permitted.

New Orleans, Louisiana, this 12th day of July 2017.

                                                **KURT D. ENGELHARDT**
                                                **United States District Judge**

<u>Clerk to Copy:</u>
U.S. Magistrate Judge Knowles